IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PABLO ROMERO, #682604, </br>　　　　Petitioner, </br> </br> v. </br> </br> DOUGLAS DRETKE, Director, Texas </br> Department of Criminal Justice, </br> Correctional Institutions Division, </br>　　　　Respondents. | ) </br> ) </br> ) </br> )　　　3:04-CV-0619-P </br> ) </br> ) </br> ) </br> ) </br> ) |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ADOPTED.

Signed this 21st day of December 2005.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE